**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

Myron L. Smith
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

July 17, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschimdt Federal Bldg.
35 East Mountain, Suite 559
Fayetteville, Arkansas 72701

RE: WALRATH, Patrick Lynn
Dkt. No.: 3:01CR30001-001
**Violation Report**

Dear Judge Hendren:

This letter is to advise on the relocation and violation in the supervision of the above offender who was sentenced in the Western District of Arkansas, but has been supervised in the Eastern District of Arkansas, Little Rock Division, where he is residing.

The offender was sentenced by Your Honor on July 2, 2002, for Felon in Possession of a Firearm. Mr. Walrath was sentenced to 72 months custody in the Bureau of Prisons to run concurrently with a state sentence in Baxter County, Arkansas, Circuit Court, Docket Number 01-CR-149 and to be followed by 3 years supervised release with the following special conditions: drug treatment/testing, search and seizure and $100 special assessment fee (paid). Supervision commenced on January 16, 2007, in the Eastern District of Arkansas, Little Rock Division.

On July 15, 2008, our office received a letter from U.S. Probation Officer Paul A. Washington outlining possible violations allegedly committed by Mr. Walrath. A copy of this letter is attached for the Court's review along with an arrest report from the Pulaski County Sheriff's Office. Officer Washington has requested that a Prob 12C be submitted to the Court requesting a summons be issued and a revocation hearing be held.

Our office respectfully concurs with Officer Washington's request based on the apparent violation committed by Mr. Walrath.

Should Your Honor require further information, please advise.

Sincerely,

Tobey L. Reely
U.S. Probation Officer

Reviewed By:

William E. Dunn Jr.
Supervisory U.S. Probation Officer

✓ Issue a Summons (12C Attached)

___ Other _____

Jimm Larry Hendren
Chief U.S. District Judge

Date: 7/21/08

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 21 2008

CHRIS R. JOHNSON, CLERK
BY_____
DEPUTY CLERK