**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

December 5, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschimdt Federal Bldg.
35 East Mountain, Suite 559
Fayetteville, Arkansas 72701

               RE:    **WALRATH, Patrick Lynn**
                        **Dkt. No.: 3:01CR30001-001**
                        <u>**Violation Report**</u>

Dear Judge Hendren:

This letter is to advise the Court of an additional violation in the supervision of the above offender who was sentenced in the Western District of Arkansas, but has been supervised in the Eastern District of Arkansas, Little Rock Division, where he is residing.

The offender was sentenced by Your Honor on July 2, 2002, for Felon in Possession of a Firearm. Mr. Walrath was sentenced to 72 months custody in the Bureau of Prisons to run concurrently with a state sentence in Baxter County, Arkansas, Circuit Court, Docket Number 01-CR-149 and to be followed by 3 years supervised release with the following special conditions: drug treatment/testing, search and seizure and $100 special assessment fee (paid). Supervision commenced on January 16, 2007, in the Eastern District of Arkansas, Little Rock Division.

On December 2, 2008, our office received a letter from U.S. Probation Officer Paul A. Washington outlining a possible violation allegedly committed by Mr. Walrath. A copy of this letter is attached for the Court's review along with the Pulaski County Sheriff's Office Incident Report and Pulaski County Court Records. Officer Washington has requested that the violation be addressed at the upcoming revocation hearing set for January 21, 2009. Also attached, you will find a Supplemental Petition and an Amended Violation Worksheet.

Our office respectfully concurs with Officer Washington's request based on the apparent violation committed by Mr. Walrath.

Should Your Honor require further information, please advise.

Sincerely,

*Tobey Reely*
Tobey L. Reely
U.S. Probation Officer

Reviewed By:

*William E. Dunn Jr.*
William E. Dunn Jr.
Supervisory U.S. Probation Officer

    ✓   Address at upcoming revocation hearing
         (Petition and Worksheet Attached)

\_\_\_\_\_ Other _____

*Jimm Larry Hendren*    12/9/08
Jimm Larry Hendren    Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 09 2008

CHRIS R. JOHNSON, CLERK
BY *signature*
DEPUTY CLERK